In the Matter of GAY M. D., Appellant, v GARY M. D.,

Respondent. [617 NYS2d 698] —Order unanimously affirmed without costs. Memorandum: Family Court's determination awarding respondent unsupervised visitation with the parties' child has a sound and substantial basis in the record and should not be disturbed. Visitation is a joint right of a noncustodial parent and the child *(Weiss v Weiss,* 52 NY2d 170, 175). The court properly concluded that unsupervised visitation by respondent is not inimical to the welfare of the child but rather is in the child's best interests *(see, Twersky v Twersky,* 103 AD2d 775, 775-776; *Daghir v Daghir,* 82 AD2d 191, 193-194, *affd* 56 NY2d 938; *see also, Matter of Gerald D. v Lucille S.,* 188 AD2d 650, 650-651). (Appeal from Order of Onondaga County Family Court, Hedges, J.—Visitation.) Present—Denman, P. J., Pine, Balio, Callahan and Davis, JJ.